1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000





IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11 CR 00398 AWI

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
|  | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
|  | ) FEDERAL RULES OF |
| TYRONE LEON PAUL, | ) CRIMINAL PROCEDURE |
| Defendant | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 10, 2011, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b))(1)(B)-Distribution of 28 grams or more of Cocaine Base, charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any

warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: November 10, 2011            Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                Acting United States Attorney

                                                By
                                                  ELANA S. LANDAU
                                                Assistant U.S. Attorney

IT IS SO ORDERED this 10 day of November, 2011

                                                _____
                                                U.S. Magistrate Judge