```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:11-CR-398 |
| Plaintiff, | ORDER TO **UNSEAL** INDICTMENT |
| v. | |
| TYRONE LEON PAUL, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: Dec 20, 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge

2

BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYRONE LEON PAUL, ) <br> ) <br> Defendant. ) <br> ) | Case NO. 1:11-CR-398 <br><br> REQUEST TO **UNSEAL** INDICTMENT |

The arrest warrant in the above-captioned proceeding was executed on December 20, 2011 As a result, there is no need for the indictment to remain under seal.  Accordingly, the United States asks that the Court order that the indictment be unsealed.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Date: December 20, 2011        /s/ Elana S. Landau
                                          By: Elana S. Landau
                                          Assistant United States Attorney

1