1
Patience Milrod
844 N. Van Ness Avenue
2
Fresno, California 93728
559.442.3111
3
559.442.3162 fax
pm@patiencemilrod.com
4
Attorney for TYRONE PAUL
5

6

7

8
**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11
UNITED STATES OF AMERICA, )          Case No. 1:11-cr-00398-AWI DLB
                          )
12
          Plaintiff,      )          **STIPULATION TO CONTINUE STAUS**
                          )          **HEARING and ORDER**
                          )
13
     vs.                  )
                          )
14
TYRONE PAUL,              )          Date:      May 29, 2012
                          )          Time:      1:00 p.m.
15
_____Defendant. )          Court:     Hon. Dennis L. Beck
16
          IT IS HEREBY STIPULATED by and between the parties hereto through their
17
respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff,
18
and PATIENCE MILROD, counsel for the Defendant:
19
          1.     Having received discovery, and a proposed plea agreement, undersigned
20
          counsel for Mr. Paul has determined that an essential avenue of further
21
          investigation is forensic analysis of certain discovery.  Counsel for Mr.
22
          Paul has just received a cost estimate for such analysis, and will be filing a
23
*Stipulation and [Proposed] Order re:  status hearing*                          *1*

1    request for funding no later than May 24, 2012.

2    2.    In light of all of the above, the parties hereby stipulate to an order

3    continuing the date for the status conference, from May 29, 2012 at 1:00

4    p.m. to a new date of June 25, 2012 at 1:00 p.m.

5    3.    The parties further stipulate that time may be excluded through and until

6    June 25, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

7    for defense counsel investigation, preparation and filing of motions, and

8    through and until the date of decision on such motions pursuant to 18

9    U.S.C. §3161(h)(1)(F) and (J).

10   Dated:  May 25, 2012

                                                /s/ Patience Milrod
11                                              PATIENCE MILROD
                                                Attorney for defendant
12                                              TYRONE PAUL

13   Dated:  May 25, 2012

                                                /s/ Elana Landau
14                                              United States Attorney
                                                BENJAMIN B. WAGNER
15                                              By ELANA LANDAU
                                                Assistant U.S. Attorney

16

17

18

19

20

21

22

23   *Stipulation and [Proposed] Order re:  status hearing*                     2

1

2
**ORDER ON STIPULATION**

3
        Having received and reviewed the stipulation of the parties, and good cause

4
appearing therefor,

5
        IT IS HEREBY ORDERED that the status conference presently set for May 29,

6
2012 at 1:00 p.m. be and is hereby continued to a new date of June 25, 2012 at

7
        1:00 p.m.  Time is excluded through and until June 25, 2012 pursuant to the

8
        Speedy Trial

9
Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing

10
of motions, and through and until the date of decision on such motions pursuant to 18

11
U.S.C. §3161(h)(1)(F) and (J).

12
        IT IS SO ORDERED.

13
Dated: May 25, 2012

                              ___/s/ Dennis L. Beck_____
14
                              Magistrate Judge of the Eastern District

15

16

17

18

19

20

21

22

23
*Stipulation and [Proposed] Order re:  status hearing*                              *3*