Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559.442-3111
559.442-3162 fax
pm@patiencemilrod.com

Attorney for TYRONE PAUL

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　Plaintiff, )<br>)<br>)<br>　　vs. )<br>)<br>TYRONE PAUL, )<br>)<br>　　　　　Defendant. ) | Case No. 1:11-cr-00398-AWI DLB<br><br>**STIPULATION TO ADVANCE**<br>**HEARING and ORDER**<br><br><br><br>Date:　　July 23, 2012<br>Time:　　10:00 a.m.<br>Court:　　Hon. Anthony W. Ishii |

Defendant, by and through his attorney, PATIENCE MILROD, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and ELANA LANDAU, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to advance the August 13, 2012, 1:00 p.m., status hearing before Judge Beck and reset the matter for a change of plea on July 23, 2012 at 10:00 a.m. before Judge Ishii.

*Stipulation and Order re:  status hearing     1*

1  IT IS SO STIPULATED:

2  Dated:  July 16, 2012

/s/ Patience Milrod
3  PATIENCE MILROD
Attorney for defendant
4  TYRONE PAUL

5  Dated:  July 16, 2012

/s/ Elana Landau
6  United States Attorney
BENJAMIN B. WAGNER
7  By ELANA LANDAU
Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  *Stipulation and Order re:  status hearing     2*

**ORDER ON STIPULATION**

Having read and considered the foregoing stipulation,

IT IS HEREBY ORDERED that the status hearing presently set for August 13, 2012 at 1:00 p.m., before Judge Beck is hereby advanced to July 23, 2012, at 10:00 a.m. for a change of plea, before Judge Ishii.

IT IS SO ORDERED.

Dated:   July 16, 2012                                              _____
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE

*Stipulation and Order re:  status hearing     3*