Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559.442-3111
559.442-3162 fax
pm@patiencemilrod.com

Attorney for TYRONE PAUL

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> TYRONE PAUL, ) <br> ) <br> Defendant. ) | Case No. 1:11-cr-00398-AWI DLB <br><br> **STIPULATION TO SENTENCING HEARING and ORDER** <br><br><br> Date:   October 1, 2012 <br> Time:  1:30 p.m. <br> Court:  Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

   1.   The parties to the above-captioned matter agree to vacate the October 1, 2012, hearing date and reset the matter for November 26, 2012 at 10:00 a.m.

   2.   The parties stipulate that the continuance is necessitated by the parties

*Stipulation and [Proposed] Order re:  sentencing hearing*                                    *1*

1  need to reschedule the probation interview for preparation of the

2  Presentence Report.

3  Dated:  August 23, 2012

4                                          /s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
TYRONE PAUL

6  Dated:  August 23, 2012

7                                          /s/ Elana Landau
United States Attorney
BENJAMIN B. WAGNER
By ELANA LANDAU
Assistant U.S. Attorney

*Stipulation and [Proposed] Order re:  sentencing hearing*         2

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing presently set for October 1, 2012 at 1:30 p.m. be and is hereby continued to a new date of November 26, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE
*Stipulation and [Proposed] Order re: sentencing hearing*     3